UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------X
                                                                                :

UNITED STATES OF AMERICA            :

          -v.-                             :          03 Cr. 308 (LAK) (AJP)

ARNOLD MAURICE BENGIS,           :
JEFFREY NOLL, and                   :
DAVID BENGIS, *et al.*,               :

               Defendants.      :

------------------------------------------------------------X

## NOTICE OF MOTION

       PLEASE TAKE NOTICE that, upon the DECLARATION OF DANIEL W. LEVY IN SUPPORT OF THE GOVERNMENT'S APPLICATION FOR RESTITUTION, together with the exhibits attached thereto, and the MEMORANDUM OF LAW IN SUPPORT OF THE GOVERNMENT'S APPLICATION FOR RESTITUTION, together with the appendix thereto, and upon all prior papers and proceedings herein, the United States of America will move before the Honorable Andrew J. Peck, United States Magistrate Judge for the Southern District of New York, at such time as the Court shall direct, for an Order finding that the Republic of South Africa has sustained a loss of $54,883,550 and recommending that a restitution order in

that amount be entered in favor of South Africa, or such other relief as the Court may determined to be just and proper.

Dated: June 6, 2012
       New York, New York

                          Respectfully submitted,

                          PREET BHARARA
                          United States Attorney

                   By: ____/s/_____
                          Daniel W. Levy
                          Assistant United States Attorney
                          Telephone: (212) 637-1062

To:    Arnold Maurice Bengis
        Jeffrey Noll
        David Bengis