# Exhibit R

# Banking Services
Questionnaire



Hambros

**SOCIETE GENERALE**
Private Banking

...nies and **Partnerships**

# Banking Services
## Questionnaire

| | |
|---|---|
| Name of Company/Partnership | ARMINE INVESTMENTS |
| Private Banker | ANTHONY HOLLEY |

**The Société Générale Private Banking Hambros Group of Companies**

The Banking Services will be provided by:
(Please select one entity only)

SG Hambros Bank Limited ☐

SG Hambros Bank (Channel Islands) Limited ☑

   Jersey ☑

   Guernsey ☐

SG Hambros Bank (Gibraltar) Limited ☐

Referred to throughout this Banking Services Questionnaire as SGPB Hambros.

## Identification Documents

We require the following documentation in order for us to fulfil our regulatory responsibilities regarding the verification of the identity of the company/partnership as well as the identity of the individuals connected with it.

**Companies**

**Companies listed on a recognised stock exchange or a subsidiary thereof**

We require all of the following documentation:
Certificate of incorporation of the listed company and, where relevant, of any subsidiary company to evidence registered number, date of incorporation and registered corporate name ☐

Most recent audited financial statements (or equivalent) ☐

Where applicable:
Documentation to verify the identity and permanent residential address of any authorised signatory (see identity requirements for individuals, below) ☐

Proof of listing ☐

**All other companies (including limited liability partnerships)**

Documentation to verify the identities and permanent residential addresses of all directors, partners, authorised signatories and shareholders (shareholders with an equity stake greater than or equal to 10% only) (see identity requirements for individuals, on page 2) ☐

Certificate of incorporation (or equivalent) ☐

Memorandum and articles of association or equivalent
(non-UK companies and limited liability partnerships only) ☐

Most recent audited financial statements (or equivalent) ☐

Certificate of good standing/certificate of incumbency (non-UK companies only) ☐

Copy of the share register(s) confirming shareholders' names and confirmation that shares are not held in bearer form (if applicable) ☐

Proof of registered status (if applicable) ☐

**Partnerships**

**We require all of the following documentation:**

Documents to verify the identities and permanent residential addresses of all partners and all authorised signatories (see identity requirements for individuals, on page 2) ☐

Partnership agreement (if applicable) ☐

Most recent audited financial statements (or equivalent) ☐

## **Identification Documents** continued

Certain documents are considered appropriate for verifying a name while others are appropriate for verifying a permanent residential address. The same document cannot be used to verify both your name and address.

**Individuals**

### **Verification of name**

We require one or two* of the following documents:

A current signed passport (showing number, issue date, expiry date, issuing office, date and place of birth, signature and photograph)                                      ☐

A national identity card (showing number, issue date, expiry date, issuing office, date and place of birth, signature and photograph)                                             ☐

Other*                                                                                                         ☐

### **Verification of permanent residential address**

We require one or two* of the following documents:

A utility bill (not more than three months old and not for a mobile telephone)        ☐

A local authority tax bill (valid for the current year)                                              ☐

A current full driving licence (provided not used above)                                        ☐

A bank or building society statement (not more than three months old) or the most recent mortgage loan statement from a registered lender                                         ☐

A tax notification (valid for the current year)                                                          ☐

*To be advised by your private banker.

### **Notes**

1.  In the case of passports, driving licences and national identity cards, please provide certified copies of these documents (black and white). Please do not send originals of these documents by post. In respect of all other documents, please send originals.

2.  Certifications must be original and must be performed by an approved member of SGPB Hambros' staff or by an appropriate professionally regulated person, such as a qualified lawyer or accountant, using the following wording:

    **'I hereby certify this to be a true copy of an original document.'**

    The certifier should also record his/her name, title, occupation, firm and the date of certification.

3.  A PO Box address is not acceptable as proof of permanent residential address.

If you have any questions on any of the above requirements, please contact your private banker.



**Part 1** **Company/Partnership Details**
Please complete in **BLACK INK** and BLOCK CAPITALS.

## The Company/Partnership

| **Name and Address** | |
| --- | --- |
| Full name of the Company/Partnership (referred to throughout this questionnaire as the 'Company/Partnership') | ARMINE INVESTMENTS LTD |

| Registered address of the Company/Partnership | Trading address of the Company/Partnership |
| --- | --- |
| PALM CHAMBERS 197 MAIN STREET Postcode ROAD TOWN, TORTOLA, BVI | Postcode |

| | |
| --- | --- |
| Telephone | |
| Email address | |
| Website address | |
| Registered Company no. | 463749 |
| Country of incorporation | BVI |
| Date of incorporation | 21st SEPTEMBER 2001 |

| | |
| --- | --- |
| Principal business of the Company/Partnership including products and services | HOLDING |
| Geographic scope of the business | |

## Group Structure (including partnerships where applicable)

Please provide details of parent companies, subsidiaries, fellow subsidiaries, associated companies and trusts (a separate form may be used if necessary).

Complete where applicable

## Director(s)/Partner(s)

**N.B.** Any further director(s) or partner(s) should be listed on a separate form.

**Director/Partner 1**

Surname

Forename(s)

Former name: e.g. maiden name/former married
name/any previous name(s)

Title (Mr/Mrs/Ms/Miss/Dr/Other)

Position

Permanent residential address

Postcode

Nationality

Date of birth

Telephone

Facsimile

Email address

**Director/Partner 2**

Surname

Forename(s)

Former name: e.g. maiden name/former married
name/any previous name(s)

Title (Mr/Mrs/Ms/Miss/Dr/Other)

Position

Permanent residential address

Postcode

Nationality

Date of birth

Telephone

Facsimile

Email address

**Director/Partner 3**

Surname

Forename(s)

Former name: e.g. maiden name/former married
name/any previous name(s)

Title (Mr/Mrs/Ms/Miss/Dr/Other)

Position

Permanent residential address

Postcode

Nationality

Date of birth

Telephone

Facsimile

Email address

**Director/Partner 4**

Surname

Forename(s)

Former name: e.g. maiden name/former married
name/any previous name(s)

Title (Mr/Mrs/Ms/Miss/Dr/Other)

Position

Permanent residential address

Postcode

Nationality

Date of birth

Telephone

Facsimile

Email address

Complete where applicable

## Corporate Director(s)

**N.B.** Any further corporate director(s) should be listed on a separate form.

| **Director 1** | **Director 12** |
|---|---|
| Company name   INWEALTH DIRECTORS S.A. | Company name |
| Registered address   PALM CHAMBERS 197 MAIN STREET PO BOX 3174, ROAD TOWN | Registered address |
| Postcode   TORTOLA, BVI | Postcode |
| Company no.   1521212 | Company no. |
| Contact name(s)   David Jyke Karina Lesocey | Contact name(s) |
| Telephone   + 41 22 735 08 88 | Telephone |
| Facsimile   + 41 22 735 08 89 | Facsimile |
| Email address   david @ inwoalktrust.com Karine-lesocey @ inwealthtrust.com | Email address |

| **Director 3** | **Director 4** |
|---|---|
| Company name | Company name |
| Registered address | Registered address |
| Postcode | Postcode |
| Company no. | Company no. |
| Contact name(s) | Contact name(s) |
| Telephone | Telephone |
| Facsimile | Facsimile |
| Email address | Email address |

Complete where applicable

## Beneficial Owner(s)/Controller(s)

List the beneficial owners and/or the principal shareholders and any controllers of the Company/Partnership (a separate form may be used if necessary).

| Name | Capacity | Shareholding |
|------|----------|--------------|
| 1 INWEALTH TRUSTEES|ALL AS TRUSTEE OF THE ROSEBUD 2 SETTLEMENT | TRUSTEE / SHAREHOLDER | 100 % |
| 3 | | |
| 4 | | |
| 5 | | |
| 6 | | |
| 7 | | |
| 8 | | |
| 9 | | |
| 10 | | |

## The Company's/Partnership's Current Bank Account

Please give details of the main bank account of the Company/Partnership

| Name of bank | |
|--------------|---|
| Address of bank | |
| | Postcode |

| Account number | Roll number (if applicable) | Sort code or equivalent |
|----------------|------------------------------|--------------------------|
| | | -     - |

**Source of funds opening the account**

**Part 2**   The Company/Partnership Account

## Company/Partnership Account Details

| Type of account required | Income ☐   Capital ☑   Other ☐ |
| --- | --- |
| Title of account | ARMINE INVESTMENTS LTD |
| Currency of account (multiple possible) | GBP ☐   USD ☑<br>CHF ☐   EUR ☐   Other ☐ |

## Bank Account Activity

| Purpose of the account | TO SUPPORT VISA CARD ISSUED TO MR ARNOLD BENGIS |
| --- | --- |
| Estimated frequency of transactions | MONTHLY |
| Estimated value range of transactions | AVERAGE $5K MONTHLY |

## Bank Account Activity

| If the Company/Partnership is likely to require SGPB Hambros to make or receive any regular international payments, please provide details of the estimated frequency, source and destination countries and of the expected beneficiary or remitter. | **Incoming** | **Outgoing** |
| --- | --- | --- |
| | | |

**Bank Statement Dates and Frequency**

Statements will be sent quarterly unless otherwise requested below.

| Frequency | MONTHLY |
|---|---|
| Day | 31ST |

**N.B. Channel Islands and Gibraltar clients only:** Where there have been no transactions on an account during the agreed statement period, a statement will not normally be sent to you. However, you will always receive an annual statement for your account.

**Copy Correspondence**

Please provide details of where copy correspondence should be sent. Please also state the capacity in which the recipient will be receiving the copy correspondence (e.g. as the Company's/Partnership's lawyer/accountant) and tick the type of documentation to be provided.

| **Addressee 1** | | **Copy Correspondence** | |
|---|---|---|---|
| Name | IN WEALTH DIRECTORS S.A. | **Bank Account** | ☑ |
| Capacity | DIRECTOR | Statements | ☑ |
| Address | C/O INWEALTH TRUST SARL | Deposit advices | ☑ |
| | 6 PLACE DES EAUX-VIVES | **Investment Account** | ☑ |
| | GENEVA 1207 | Contract notes | ☑ |
| | SWITZERLAND | Statements | ☑ |
| | | Valuations | ☑ |
| Postcode | | CGT packages | ☑ |

| **Addressee 2** | | **Copy Correspondence** | |
|---|---|---|---|
| Name | | **Bank Account** | ☐ |
| Capacity | | Statements | ☐ |
| Address | | Deposit advices | ☐ |
| | | **Investment Account** | ☐ |
| | | Contract notes | ☐ |
| | | Statements | ☐ |
| | | Valuations | ☐ |
| Postcode | | CGT packages | ☐ |

**SGPB Hambros** Banking Services Questionnaire

**Copy Correspondence** continued

| Addressee 3 | | | Copy Correspondence | |
|---|---|---|---|---|
| Name | | | **Bank Account** | ☐ |
| Capacity | | | Statements | ☐ |
| Address | | | Deposit advices | ☐ |
| | | | **Investment Account** | ☐ |
| | | | Contract notes | ☐ |
| | | | Statements | ☐ |
| | | | Valuations | ☐ |
| | Postcode | | CGT packages | ☐ |

## Requests for Information

You agree that SGPB Hambros may give the following people any information requested by them in writing in relation to the Company's/ Partnership's account(s)
(tick where appropriate):

**Accountant**                                              **Contact Details**

Bank account(s) only ☐

Investment account(s) only ☐

Both ☐

**Solicitor**                                               **Contact Details**

Bank account(s) only ☐

Investment account(s) only ☐

Both ☐

**Tax Adviser**                                            **Contact Details**

Bank account(s) only ☐

Investment account(s) only ☐

Both ☐

Other  INVESTMENT ADVISER                      **Contact Details**

Bank account(s) only ☑                    MR DAVID BENGIS

Investment account(s) only ☐            DAVID BENGIS @ MAC . COM

Both ☐

## Bank Mandate

We, the signatories, request SGPB Hambros to open a

**Company Account** ☑

**Partnership Account** ☐

**Limited Partnership Account** ☐

I/We authorise SGPB Hambros to act on all instructions relating to such account(s) and to honour and debit to such account(s), whether in credit or overdrawn or becoming overdrawn or closed in consequence of such debit, all cheques, drafts or other orders or receipts for money signed, bills of exchange and promissory notes drawn, accepted or made on behalf of the Company/Partnership provided they are signed or accepted by:

**Any authorised signatories acting alone; or*** ☑

**All authorised signatories acting together; or*** ☐

**A specified number of authorised signatories acting together.*** ☐
**Please specify number below:**

_____

**Other instructions.*** ☐
**Please specify below:**

_____

*Only one of the above options must be completed. If not completed, SGPB Hambros will default to all authorised signatories acting together.

**until SGPB Hambros receives notice in writing to the contrary signed in accordance with the above instructions.**

### Authorised Signatories

| Name in full (BLOCK CAPITALS) | Official position | Signature |
|---|---|---|
| AUTHORISED SIGNATORIES OF INWEALTH DIRECTORS LA ( PLEASE SEE ATTACHED LIST ) | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |

Alternatively, a separate list of authorised signatories may be provided.

**Bank Mandate** continued

**Mandate by a Partnership only**

The partners will jointly and severally be liable to SGPB Hambros for repayment and satisfaction of all moneys, obligations and liabilities at any time due, owing or incurred from or by the Partnership to SGPB Hambros together with interest, commission, charges and any expenses incurred by SGPB Hambros including all legal and other costs on a full indemnity basis.

It is understood that any balance which may now or hereafter stand to the credit of the account(s) and also any stocks, shares, bonds or securities or other documents, packages or items of any description now or hereafter held by SGPB Hambros for this/these account(s) shall belong to the survivor or survivors of the partners absolutely in the event of any/either of the partners dying while such account(s) continue(s).

Upon any partner ceasing to be a partner by death or otherwise, SGPB Hambros may, failing the receipt of written notice to the contrary from the Partnership, or any of the partners, or the legal personal representatives or trustees of any of the partners, treat the surviving or continuing partner or partners (or if different the partner or partners for the time being) as having full power to carry on the business of the Partnership and to deal with its assets as freely as if there had been no change in the Partnership.

This authority shall remain in force until revoked notwithstanding any change in the constitution or name of the Partnership and shall apply notwithstanding any change in the membership of the Partnership by death, bankruptcy, retirement or otherwise or the admission of any new partner or partners.

**Mandate by a Company and Limited Partnership only**

The Company/Partnership shall be fully liable to SGPB Hambros for repayment and satisfaction of all moneys, obligations and liabilities at any time due, owing or incurred in respect of any such dealings in the name of the Company/Partnership or jointly with any others together with interest, commission, charges and any expenses incurred by SGPB Hambros including but not limited to all legal and other costs on a full indemnity basis.

**It has been further resolved by the Company/Partnership**

That SGPB Hambros be furnished with (a) copies of any special or extraordinary resolutions that may from time to time be passed by the Company/Partnership and (b) any certificates of incorporation on change of name of the Company/Partnership. SGPB Hambros shall be notified immediately in writing signed by any director or the secretary of the Company/Partnership of any change in name or registered address which may from time to time take place.

**SGPB Hambros** Banking Services Questionnaire

11

## **Bank Mandate** continued

Codeword

There is the option of creating a codeword on the account(s) as an additional security measure. If a codeword is used and a request/instruction does not contain it, SGPB Hambros reserves the right not to act on the instruction. The codeword should not be a word that is likely to be guessed by anyone pretending to act on behalf of the Company/Partnership. Authorised signatories must use the agreed codeword in respect of all requests regarding the account(s), including the giving of instructions.

**I/We request that a codeword is used in relation to the Company's/Partnership's account(s). If the authorised signatories do not use the codeword, SGPB Hambros may not accept the instructions.**

**The codeword I/we wish to use is:**



GENEVA

Telephone, Electronic Mail and Facsimile Mandate

SGPB Hambros will accept instructions from you by telephone, email or facsimile on the basis that you agree to the standard indemnity provisions as set out below.

**Unless all the authorised signatories and SGPB Hambros agree otherwise in writing, SGPB Hambros may accept any instruction appearing to come from an authorised signatory (or the number of authorised signatories required to act together in giving instructions) which is given in writing or by telephone, email or facsimile or by any other means deemed acceptable by SGPB Hambros.**

**In consideration of SGPB Hambros agreeing to accept instructions by telephone, electronic mail and/or facsimile, I/we jointly and severally agree:**

- **to indemnify SGPB Hambros from and against all actions, proceedings, costs, claims, demands, expenses or losses that SGPB Hambros may suffer or sustain by reason of or on account of having or not having accepted such instructions; and**

- **that SGPB Hambros shall be entitled to debit the Company's/Partnership's account(s) with the amount of any payments SGPB Hambros may make in respect of having accepted such instructions; and**

- **always to provide funds to meet all payments under such instructions, unless other prior arrangements have been made in writing with SGPB Hambros.**

Private e-Banking Service

The Private e-Banking Service offers a means of accessing the Company's/Partnership's account(s) via the internet. Further details about this service are set out in the Banking Services Terms of Business. A person nominated by the Company/Partnership can access the account(s) via the Private e-Banking Service but not operate the account(s) on behalf of the Company/Partnership (view-only access).

**The authorised signatory(ies) wish(es) to use the Private e-Banking Service to access the account(s).**

Yes ☐

No ☐

Name of the individual nominated to access the Private e-Banking Service:

_____

SGPB Hambros
Duty of Confidentiality

SGPB Hambros has a duty of confidentiality to its clients and will only disclose information about the Company/Partnership and its financial affairs in the following situations:

- Where SGPB Hambros has been required to disclose the information by law;

**SGPB Hambros** Banking Services Questionnaire

## Bank Mandate continued

- Where SGPB Hambros has a duty to the public to disclose the information;

- Where the disclosure is necessary to protect the interests of SGPB Hambros;

- Where SGPB Hambros has entered into an agreement with a third party service provider in connection with the services SGPB Hambros is providing to the Company/Partnership and it is necessary to disclose the information to enable the service provider to perform its obligations under that agreement. In this case SGPB Hambros will ensure that the service provider is subject to appropriate confidentiality provisions; or

- Where the authorised signatory(ies) has/have consented to such disclosure.

It is also important that you read and understand the conditions in the Banking Services Terms of Business headed 'Confidentiality and Data Protection' and 'Credit Reference Agencies' which explain how SGPB Hambros will deal with confidential information relating to the Company/Partnership.

**Disclosure of Information to Other Société Générale Group Companies**

The Company's/Partnership's private banker is the focal point of the relationship with SGPB Hambros. It is the private banker's responsibility to understand the Company's/Partnership's present and future wealth management needs and to develop solutions for the Company's/ Partnership's specific circumstances. In order to do this the private banker may from time to time need to discuss the Company's/Partnership's affairs with professionals in other companies within the SGPB Hambros Group or other parts of the Société Générale Group, and if appropriate to arrange for such professionals to contact the Company/Partnership directly.

**I/We agree that SGPB Hambros may discuss the Company's/Partnership's affairs with, and if appropriate transfer the Company's/Partnership's confidential information to, other companies within the SGPB Hambros Group, Société Générale Private Banking or other parts of the Société Générale Group. I/We understand that this may result in such companies contacting me/us directly and may also result in the marketing of other Société Générale services to the Company/Partnership where these are appropriate to its circumstances.**

If you **DO NOT** wish information about the Company/Partnership, its account(s), business or positions to be given to a related company as set out above, please select one of the following options:

SGPB Hambros may only discuss the Company's/Partnership's affairs with a company in the SGPB Hambros Group; ☐

SGPB Hambros may only discuss the Company's/Partnership's affairs with a company in the Société Générale Private (which includes the SGPB Hambros Group); ☐

No information may be provided to any company in the Société Générale Group. ☐

**Marketing Activities**

From time to time SGPB Hambros may use the Company's/Partnership's contact details to allow us to market certain services provided by the Société Générale Group which we believe may be of interest to the Company/Partnership.

**I/We agree that SGPB Hambros or other companies in the Société Générale Group may analyse and use the information SGPB Hambros holds about the Company/Partnership to enable SGPB Hambros to provide information (by post, telephone, email or other medium using the contact details I/we have given SGPB Hambros) about products and services offered by SGPB Hambros (or by other companies in the Société Générale Group or selected third parties) which SGPB Hambros believes may be of interest to the Company/Partnership. I am/We are aware that I/we may at any time tell SGPB Hambros that I/we do not want to receive such marketing approaches by writing to the Company's/Partnership's private banker.**

Please tick if you **DO NOT** wish to receive such information. ☐



## Bank Account Declaration

**By signing this declaration:**

- I/We confirm that I/we have read and understood this Banking Services Questionnaire;

- I/We confirm that all the details provided by me/us in this Banking Services Questionnaire are true and correct to the best of my/our knowledge and belief;

- I/We acknowledge receipt of the SGPB Hambros Banking Services Terms of Business and confirm that I/we have read and understood them and agree to be bound by them as they may be amended from time to time;

- I/We will provide you with any future ancillary document(s) that may affect the information provided herein.

| **Director/Partner 1** | **Director/Partner 2** |
|---|---|
| Signature | Signature |
| Please print name in full  DAVID SYKES  FOR AND ON BEHALF OF INWEALTH DIRECTORS A. | Please print name in full |
| Position  DIRECTOR | Position |
| Date  24/03/2010 | Date |

| **Director/Partner 3** | **Director/Partner 4** |
|---|---|
| Signature | Signature |
| Please print name in full | Please print name in full |
| Company (if applicable) | Company (if applicable) |
| Position | Position |
| Date | Date |

**N.B.** Any further director(s)/partner(s) should sign on a separate form.

FROM : MISHCON DE REYA   LD   ULA   PHONE NO. : 0208 905 5188      05 Apr. 2002 01:02PM P2

UNLIMITED LETTER OF AUTHORITY

**SG**

PRIVATE BANKING **TO:  SG Hambros Bank & Trust (Jersey) Limited**
P.O. Box 78
13 Broad Street
St. Helier
Jersey
Channel Islands
JE4 8PR

381969

Name of Account    ARMINE  INV  LTD

X/We have authorised    ARNIE   BANGIS

(specimens of whose signatures appear below)

solely/jointly/and any*                                    of them in my/our/our firm's* name.

(1)    ~~To withdraw monies per procuration on my/our/our firm's* Banking Accounts.~~

(2)    ~~To withdraw anything held by you by way of security or for safe custody, collection or any other purpose whatsoever on my/our* account.~~

(3)    ~~From time to time to certify the correctness of any such account.~~

(4)    ~~Generally to act in all matters of business with you.~~

(5)    ~~And I/We* request you to act on the above instructions and in particular to pay and honour all such cheques, bills or notes notwithstanding that any such payment may cause any/our* said account(s) to be overdrawn or may increase an existing overdraft.~~

(6)  TO PROVIDE INTERNAL INVESTMENT DECISIONS ONLY
The above shall continue until I/We/one of us* shall give you notice in writing to the contrary.

Date   15/3/02                                    Signature of Account Holder(s)

NAME(S) & SIGNATURE(S) OF PERSON(S) AUTHORISED TO SIGN

Name in Full                                    Specimen Signature

ARNIE  BANGIS      will sign

                                                   will sign

*delete as appropriate

NALLHDATES/DLA/91/93/92

L D      I N D

# ARMINE INVESTMENTS LTD.
## P. O. Box 659
### International Trust Building, Wickhams Cay
### Road Town, Tortola, British Virgin Islands
Telephone No:  284 494 3215
Telefax No:  284 494 3216

Our Ref.: C/19222
By Fax No. 011 44 1534 815 560

5 April, 2002

Mr. Jon Cattell
SG Hambros Bank & Trust (Jersey) Limited
13 Broad Street
St. Helier, Jersey JE4
Channel Islands

Dear Mr. Cattell,

**Re:  Payment of Visa Bills**

We, hereby grant unlimited and irrevocable authority to SG Hambros Brank & Trust
(Jersey) Limited (the "Bank"), to pay all Visa bills presented to the Bank by Mr. Maurice
Arnold Bengis and Mrs. Rochelle A. Bengis

Thank you for your assistance.

Yours sincerely,
**ARMINE INVESTMENTS LTD.**


Vulcan Limited                                    I.T.G. Directors (T&C) Limited





**PRIVATE BANKING**

# GOLD CARD APPLICATION
# SUBMISSION TO CREDIT COMMITTEE

| | |
|---|---|
| **Client Name(s)** | MR ARNOLD BENGIS & MRS ROCHELLE BENGIS |
| **Account Number** | |
| **Occupation** | CHIEF EXECUTIVE ICEBAY & HOUSE BAY FISHING |
| **Age** | 66 |
| **Country of Residence** | UK |
| **Assets held with the Bank** | |
| Cash Balances | 300,000 - 00 USD |
| Investments (Managed?) | OVERALL RE |
| **Source of Introduction** | KEVIN GOLD MISHCON DE REYA |
| **Are there any Connected Accounts? (Names & Assets Held)** | 381950 PEARL INV TRADING LTD 8 MILLION 383015 D P BENGHIS |
| **Does the client travel often?  If so to which countries?** | YES UK SOUTH AFRICA USA PORTUGAL |
| **Is there a HOLD MAIL arrangement in place?** | NO |
| **Additional considerations as to why a Card should be issued?** | See above |

| Limit Requested: | £10,000 | | Reason if more than £1,000 |
|---|---|---|---|
| USD 7000 - 00 | £5,000 | | FREQUENT USE |
| | £3,000 | | |
| | £1,000 | | |
| **Recommending CRM** | ANTHONY HOLLEY | | |
| **Approved/Declined** | | **Reason for Decline** (if appropriate) | |
| Signature & Date | | | |

FAX APPLICATION TO CREDIT COMPANY

VISA GOLD DEBIT CARD APPLICATION FORM

## APPLICATION FORM

SG Hambros Bank & Trust (Jersey) Limited, PO Box 78, 13 Broad Street, St Helier, Jersey JE4 8PR

**CARDHOLDER DETAILS**

Surname: BENGIS

Title: MR

First name: ARNOLD

Other initials: M

Name as you wish it to appear on your card, using no more than 26 letters and spaces: MR ARNOLD BENGIS

Account number: 3 ? 1 9 6 9

Card currency (tick one): Sterling [ ]  Dollar [✓]  Euro (Jan 1999 on) [ ]

Date of birth: [redacted]

Mother's maiden name (for security purposes): WOLF

Contact telephone number (business): 07813 183791

Contact telephone number (home):

Address (if you do not wish your address to be made available to the Visa System, for confidentiality reasons, please state 'C/O' and then the bank address.  Please note that this may cause problems when using the card for post or telephone orders as the merchant generally needs to confirm the Visa recorded address before dispatching goods)

In order to benefit fully from the services available with your SG Hambros Visa Gold Debit Card, you will need a Personal Identification Number.
Do you wish to receive one?   yes [✓]   no [ ]

**ADDITIONAL CARDHOLDER DETAILS**

Surname: BENGIS

Title: MRS

First name: ROCHELLE

Other initials: A

Name as you wish it to appear on your card, using no more than 26 letters and spaces: MRS ROCHELLE BENGIS

Date of birth: [redacted]

Contact telephone number (business):

Contact telephone number (home):

In order to benefit fully from the services available with your SG Hambros Visa Gold Debit Card, you will need a Personal Identification Number.
Do you wish to receive one?   yes [✓]   no [ ]

Please note that as the secondary cardholder, you will need to quote the mother's maiden name of the Primary Cardholder for security purposes.

**DECLARATION**

I/We apply for an SG Hambros Visa Gold Debit Card and PIN number (if applicable) to be issued to me/us.
I/We agree to be bound by the terms and conditions set out overleaf, as varied by the Bank from time to time.
Any such variations will be in writing and subject to reasonable notice.

Cardholder: _[signature]_

Additional Cardholder: _Rochelle Bengis_

Date: 15 MARCH 2002

Date: 15/3/02

Please sign again overleaf, ensuring that your signature is within the space provided, and provide a colour passport-quality photograph of each applicant, against light background.

**FOR BANK USE ONLY**

| PRIN: 2 | SORT CODE: 40-48-76 | | MAIL CODE: 000 | SELECTION: 02/03 | CHECK: |

LIMIT: $ 7000   ACCOUNT: [redacted]

POST
2 4 JAN 2011
RECEIVED

## SGPB Hambros Visa Card

To be completed by each account holder who requires an SGPB Hambros Visa card. Please complete in **BLACK INK** and BLOCK CAPITALS.

**Cardholder's Details**

| | |
|---|---|
| Surname   BENGIS | Title (Mr/Mrs/Ms/Miss/Dr/Other)   MR |
| Forename(s)   ARNOLD | Other initials   M |

Name as it is to appear on card (26 letters max. including spaces)

MR ARNOLD BENGIS

| | |
|---|---|
| Name of account | ARMINE INVESTMENTS LTD |
| Account number | |
| Card currency (select one) | Sterling ✔   USD ☐   EUR ☐   CAD ☐ |
| Date of birth | |
| Telephone (business) | |
| Telephone (mobile) | 07810 444 116 |
| Telephone (home) | |
| Address | 7 PERCEVAL AVE LONDON NW3 4PY        Postcode |

**Declaration**

I wish to apply for an SGPB Hambros Visa card.                                    ☒

I agree to be bound by the Banking Services Terms of Business as may be varied by SGPB Hambros from time to time.   ☒

Cardholder's signature
(please ensure that your signature remains within the box)

Date    17 01 2011

| Client No. | 3 8 1 9 6 9 |
|---|---|
| Cabinet | VISA CARDS |
| Doc Type | APP |
| Doc Date | 25.1.11 |
| Pages (if more than one) | 1 |

**INTERNAL USE ONLY**

Limit    10,000

Authorised by CRM

Print name   MR A HOLLEY

**SGPB Hambros** Banking and Financial Planning Services Questionnaire

| PRIVATE BANKING BUSINESS<br>KYCB RISK ASSESSMENT - COMPANIES | SYNERGY INDEX | Cabinet: Client  Doc Type: KYCC |
|---|---|---|
| | Bank Client No. | 381969 |
| | Doc Date | 30 March 2010   HPOS |

| Full name of Company | ARMINE INV LTD | **CLIENT No.** |
|---|---|---|
| Full Name(s) of Beneficial Owner(s) | ARNOLD BENGIS | **381969** |

| Is this the first Risk Assessment carried out on this Client? | NO |
|---|---|

| Question | Answer | Risk |
|---|---|---|
| Is the Beneficial Owner's identity <u>UNKNOWN</u> to SGH? | NO | |
| Is the Beneficial Owner or any other directly-related party, a Politically Exposed Person (PEP) or associated Person? CARE: see notes below | NO | |
| Is the Client Company Hold Mail? | NO | |
| Has the Company (or any other company within the group structure, if applicable) issued Bearer shares? | NO | |
| <u>EITHER</u>: Is the Company incorporated in *(Olympic CL screen - Nationality)* or have business interests, in a High Risk Country; <u>OR</u> is the Beneficial Owner a resident of *(CL screen - Legal Domicile)* or have business interests in, a High Risk Country? | YES | Client is High Risk |
| Is either the Company or Beneficial Owner's wealth derived from any of:  Arms trading, casino/gambling, Art/antique dealings, Precious metal dealings, Construction/public works, Import/Export business, cash transmission business? | NO | |
| Is there any other reason why you would consider this Company as High Risk? | NO | |

| Question | Answer | Rating | Weight | Score | Risk |
|---|---|---|---|---|---|
| What is the Beneficial Owner's Nationality? *(Olympic CL screen - Risk Domicile)* | SOUTH AFRICA | 3 | 2 | 6 | HIGH |
| In which country does the Beneficial Owner live? *(CL screen - Legal Domicile)* | UNITED STATES | 1 | 2 | 2 | LOW |
| From which country has the Company and Beneficial Owner's wealth been derived? | SOUTH AFRICA | 3 | 2 | 6 | HIGH |
| From what activity has the Company and Beneficial Owner accumulated their wealth? | Sale of Business | 2 | 1 | 2 | MEDIUM |
| What is the Country of Incorporation of the Company? *(CL screen - Nationality)* | BRITISH VIRGIN ISLANDS | 1 | 2 | 2 | LOW |
| What is (or will be) the asset value of the Company? | under £500k | 1 | 1 | 1 | LOW |
| | **Risk Level excluding Automatic High Risk Questions** | | | | **MEDIUM Risk** |

| Client Risk | Client is HIGH Risk | Next update must be carried out by * | 26 September 2010 |
|---|---|---|---|
| Olympic input | Input AN code 127 | Next Assessment Date : | |

\* Unless any one of the following events occur first, in which case the Risk Assessment must be updated immediately:
There is a change our relationship with the Company – for example: value of AUM resulting from new assets settled/purchased or assets sold/distributed; a change in investment policy; a change in banking relationship (opening a new 'root'; the possibility of litigation or similar; potential financial/reputation risk to SGH, etc.
There is a change in the structure of the Company. This may include the addition/removal of a Shareholder; an External Director, etc.
There is a change the circumstances of any party directly related to the Company (Beneficial Owner; Shareholder; External Director etc) - the change being something that would have a material impact on the KYCB Risk Assessment, for example a change in residence/domicile, business interests, becoming/ceasing to be deemed as a PEP, etc.

**CERTIFICATION BY THE PERSON COMPLETING THIS RISK ASSESSMENT**
I confirm that this Risk Assessment is based on information provided by or on behalf of the Client and I have no reason to doubt its accuracy.

| *K Osmand* | Kathryn Osmand - Private Banking Officer | 30.03.10 |
|---|---|---|
| Signature of person completing this Assessment | Name and Job Title | Date |

**CRM CONFIRMATION** - Required where Assessment has not been completed by the CRM who has prime responsibility for this client

| | Anthony Holley - Senior Private Banker | 30.03.10 |
|---|---|---|
| CRM signature | Print name | Date |

**ADDITIONAL SIGN-OFF REQUIREMENTS**
ALL High Risk business must be signed off by a DIRECTOR of SGH (refer to local policy as regards who can sign as a 'Director') AND logged by local MLRO
ALL new business considered as High Risk MUST be taken to the New Account Opening Committee for acceptance.
Refer to SGHambros online\Anti-Money Laundering\Policies & Procedures\Group\2.Guidance Notes Document Set\GN7

| Director signature | Print name | Date |
|---|---|---|
| | A ROWLANDS | 31/3/10 |

| <u>MLRO confirmation - High Risk business logged</u><br>Olympic Agreement 010 input | | |
|---|---|---|
| | MLRO signature and name | 31/3/1. |
| | | Date |

**SG HAMBROS GROUP**

**ANTI-MONEY LAUNDERING CHECKLIST – UNDERLYING COMPANY**

**CHECKLIST F2**

**FOR INTERNAL USE ONLY**

| This document establishes the identity of a Company that is party to another Corporate, Trust or other type of account for which a separate full checklist is being completed. This document should accompany the full checklist for sign-off. |
|---|

| State the name and account number of the Account that this Checklist supports (i.e. Company, Trust etc) | | | |
|---|---|---|---|
| **Name :** | ARMINE INVESTMENTS | **Root No:** | 381969 |

| State the name of the Company that this Checklist relates to and capacity in which it is acting for the above Account | | |
|---|---|---|
| **Name:** | INTRUST WEALTH SARL | **Capacity: Corporate Secretary, Trustee etc.** — CORPORATE DIRECTORS |

Original or certified copies should be obtained of the following documents.

| | | Tick relevant document | Date Copy placed on file |
|---|---|---|---|
| **Regulated or Publicly Quoted Companies: Obtain BOTH of the following:** | | | |
| | Proof of Listing **(If applicable)** from a Recognised, Designated or Approved Investment Exchange° (via website or Periodical) in the UK or a country with equivalent anti money laundering legislation ; | ☐ | _____ |
| **AND** | Current list of signatories | ✓ | 31.03.10 |

| | | | |
|---|---|---|---|
| **For ALL other Companies: Obtain ALL of the following:** | | | |
| | Certificate of Incorporation or Certificate to Trade; | ☐ | _____ |
| **AND** | Full Company Search of the Registrar of Companies or local equivalent (also ensures company still exists); or Enquiry via a business information service. * Record reason if unable to attain – see note below. | ☐ | _____ |
| **AND** | Latest report and accounts, audited, where applicable. * Record reason if unable to attain – see note below. | ☐ | _____ |
| **AND** | If a trading company; provide confirmation in a file note that you have visited the principal trading address of the company and can confirm its physical existence and trading activity. | ☐ | _____ |

| | | | |
|---|---|---|---|
| **AND IF A NON-UK Company: Obtain the following additional documents:** | | | |
| | Memorandum & Articles of Association | ☐ | _____ |
| **AND** | Copy of the share certificate(s) confirming shareholder(s) name(s) and that the share(s) are not held in bearer form. | ☐ | _____ |
| **AND** | Declaration of Beneficial Ownership (Available on **SG HAMBROS ONLINE**); | ☐ | _____ |
| **AND** | If Company was incorporated more than 12 months ago, an up-to-date Certificate of Good Standing or Certificate of Incumbency. | ☐ | _____ |

| | | | |
|---|---|---|---|
| **For all Private Companies (i.e. not listed on a Recognised, Designated or Approved Investment Exchange°; Obtain:** | | | |
| | Verify the identity of every Controlling Director (which may include the company secretary). Use a separate Checklist E2 (F2 if Corporate) for each Director | ☐ | _____ |
| **AND** | Verify the Beneficial owner(s) or Ultimate Controller(s) of the company holding >10% of the shares (if not verified above). Use a separate Checklist E2 for each Individual (F2 if Corporate). | ☐ | _____ |
| **AND** | If those parties are not the signatories to the account, verify the identity (person and address) of every person authorised to operate the account. Use a separate Checklist E2 for each Individual or F2 if Corporate signatories | ☐ | _____ |

Please refer to your MLRO should you have any concerns with regards to the above documentation.

**\* If above documents not obtained, record reasons on a new page**

| **Relationship Manager:** | I verified the identity of the Company for Anti-Money Laundering purposes as required by SG Hambros Group Signature: _A. Hotton_   Name _SLB_   Position _2 3 0_   Date: |
|---|---|
| **MLRO Compliance:** | I have checked the World-Check database and confirm that this Company does not appear on any Sanction list Signature: _Malcolm le Cheminant_   Name _____   Position _2/3/10_   Date: |

SG HAMBROS GROUP                                                      CHECKLIST F

**MONEY LAUNDERING CHECKLIST – COMPANIES**

| PART 2. KYC PROFILE | |
|---|---|
| **Full Company Name:**<br>ARMINE INVESTMENTS LIMITED | **Account No:**<br>**381969** |
| **City and Country of Incorporation:**<br>Tortola, BVI | **Date of Incorporation:**<br>21/09/01 |
| **Principal Business Trading Address:**<br> 6 Place Des Eaux-Vives, Geneva 1207, Switzerland | **Nature of Business (full description):**<br> Investment Company & transaction account |

**List ALL Directors, Shareholders, Controllers and Authorised Signatories. (Private Companies ONLY):**

| Name | Position |
|---|---|
| Inwealth Directors SA | See authorised signatory list |
|  |  |
|  |  |
|  |  |
|  |  |

| Service / Products Provided:<br>nil | **Group Structure (i.e. Parent, subsidiaries, fellow subsidiaries, associated companies) –**<br>Inwealth Trust Sarl registered as Trustees of Rosebud Settlement owner of Armine Investments |
|---|---|
| **Catchment area of the Business eg. Local, National, International (list Countries):**<br>Local as investment only | **Estimated Annual Turnover**<br>0<br>**Current year:**<br>0<br>**Following year:**<br>0 |

**Purpose of this Account:**
Offshore banking/investment

**Source of Net Worth (e.g., Accrued Business profits etc):**
Accrued business profits from fishing interests - see notes below

**Source of Account Opening Funds (New Accounts Only):**
Cantrade, Zurich via Mishcon De Reya Client Account Nat West Bloomsbury Parr Br London (See letter dated 28/03/00)

1

Companies Checklist / 12 Nov 00

**SG HAMBROS GROUP**                                                    **CHECKLIST F**

**MONEY LAUNDERING CHECKLIST – COMPANIES**

| PART 2: KYC PROFILE (Cont.) | |
|---|---|
| **Estimated Account Activity (I.e. Daily, Weekly):** Infrequent | **Estimated Value Range of Transactions:** Investment trades + general banking $0 - 10K |

**List the Purpose, estimated value, frequency and destination Countries of International Payments / Deposits (if any):** nil

**Name and Address of Mainstream Bankers:**
Cantrade,
Zurich

| NET WORTH (in order to understand the funds flow through the account) | |
|---|---|
| **Cash & Bank Accounts** | **£7,000** |
| **Stocks & Shares** | £ |
| **Other Current Assets** | £ |
| **Properties** | £ |
| **Other Fixed Assets** | £ |
| **Total Assets** | £ |
| **Total Liabilities** | £ |
| **NET WORTH** | **£7000** |

**Other Information:**
Account introduced by Kevin Gold, Managing Partner of Mishcon De Reya ( A1 status ). Kevin is also a very close friend and looks after Arnie personaly.Arnie Bengis, the benefial owner is South African and aquired his wealth via the export of fish (Lobster) initialy from South Africa and thereafter in/from America & Portugal. Each operation trades under different names, in America = Ice Brand and in Europe/Africa = House Bay fishing.

A substantial Fixed Interest portfolio is held with Cantrade in Zurich and it is from this source that the funds have arrived. The portfolio in Zurich is geared towards Emerging Market Debt. With SGH he is looking to take a more conservative stance so reducing his risk/volatility whilst providing an Anglo-Saxon approach.  Corporate directors are Trident in BVI. Armine used as transactional account for his wife Rochelle. Net Worth stated is Jersey funds only under beneficial owner family control. Visa Debit card held by Mrs Bengis letter of authority held from Trident.

2004 review - No change re Armine, however see Pearl - 381950 for more comprehensive overview of relationship

2008 - see Pearl 381950 which is regularly updated

June 2009 - No change since last review.  Account running in line with expected activity.  American Express cards bills paid regulary for Arnie Bengis upon confirmation from First Advisory.

January 2010 - Account continues to run in line with expected activity.  Arnie uses his debit visa card frequently and we regulary pay his Amex bills upon receiving an instruction from the trustees in Leichenstein.  David Bengis (Arnie's Son) pays funds into this account from time to time to fund expenses.

**Account Officer Code:**

Companies Checklist / 12 Nov 00

**SG HAMBROS GROUP**                                                                    **CHECKLIST F**

**MONEY LAUNDERING CHECKLIST – COMPANIES**

**Account Officer Code:  2024**                              **Date Completed/Reviewed: 31.03.10**

**Account Officer Name:  TH**                               **Who Completed / Reviewed KYC: KO**

**Compliance Approval:_____**          **Next Annual Review Date:_____**

**IF IN DOUBT AS TO THE NATURE AND EXTENT OF DOCUMENTATION THAT SHOULD BE OBTAINED OR IN THE EVENT THAT A CLIENT CANNOT PROVIDE THE REQUIRED INFORMATION YOU MUST CONSULT THE MONEY LAUNDERING REPORTING OFFICER.**

3

Companies Checklist / 12 N    00



# SOCIETE GENERALE
**Private Banking**

## Account Statement

**Hambros**

Armine Investments Limited
C/O Mr Feng-Tak Chin
Newman and Company
Regent House
1 Pratt Mews
London England NW1 0AD

Account Number: ▮▮▮▮▮▮
Sort Code: 40-48-76
IBAN: GB 35HAMB40487638196900
BIC Code: HAMBJESX
Currency: US DOLLAR
Statement Date: 31-Jan-2009

**Client:** Armine Investments Limited

**Account type:** CURRENT ACCOUNT
**Description:**
**Contact:** ANTHONY HOLLEY

Balance brought forward 1,856.67 CR
**Balance carried forward 21,856.67 CR**

| Date | Description | Value | Debit | Credit | Balance |
|---|---|---|---|---|---|
| 31-Dec-2008 | Balance Brought Forward | 31-Dec-2008 | | | 1,856.67 CR |
| 21-Jan-2009 | Transfer FROM MR DAVID PAUL BENGIS | 21-Jan-2009 | | 20,000.00 | 21,856.67 CR |
| 31-Jan-2009 | Balance Carried Forward | 31-Jan-2009 | | | 21,856.67 CR |

Page 84

**SG Hambros Bank (Channel Islands) Limited**
PO Box 78, SG Hambros House
18 Esplanade, St Helier
Jersey JE4 8PR
Tel: +44 1534 815555
Fax: +44 1534 815640

Regulated by the Jersey Financial Services Commission for banking and
investment business and a member of the London Stock Exchange



# SOCIETE GENERALE
**Private Banking**

**Hambros**

## Account Statement

Armine Investments Limited
C/O Mr Feng-Tak Chin
Newman and Company
Regent House
1 Pratt Mews
London England NW1 0AD

Account Number:
Sort Code: 40-48-76
IBAN: GB 35HAMB40487638196900
BIC Code: HAMBJESX
Currency: US DOLLAR
Statement Date: 31-May-2009

**Client:** Armine Investments Limited

**Account type:** CURRENT ACCOUNT
**Description:**
**Contact:** ANTHONY HOLLEY

Balance brought forward 6,511.44 CR
**Balance carried forward 15,336.43 CR**

| Date | Description | Value | Debit | Credit | Balance |
|------|-------------|-------|-------|--------|---------|
| 30-Apr-2009 | Balance Brought Forward | 30-Apr-2009 | | | 6,511.44 CR |
| 05-May-2009 | Trf From Call Deposit Account | 05-May-2009 | | 20,000.00 | 26,511.44 CR |
| 15-May-2009 | Ifo American Express B/O Mr A Bengi s | 15-May-2009 | 11,175.01 | | 15,336.43 CR |
| 31-May-2009 | Balance Carried Forward | 31-May-2009 | | | 15,336.43 CR |

Page 95

**SG Hambros Bank (Channel Islands) Limited**
PO Box 78, SG Hambros House
18 Esplanade, St Helier
Jersey JE4 8PR
Tel: +44 1534 815555
Fax: +44 1534 815640

Regulated by the Jersey Financial Services Commission for banking and
investment business and a member of the London Stock Exchange



# SOCIETE GENERALE
Private Banking

**Hambros**

## Account Statement

Account Number

Sort Code: 40-48-76
IBAN: GB 35HAMB40487638196900
BIC Code: HAMBJESX
Currency: US DOLLAR
Statement Date: 31-Jul-2009

**Client:** Armine Investments Limited

Armine Investments Limited
C/O Mr Feng-Tak Chin
Newman and Company
Regent House
1 Pratt Mews
London England NW1 0AD

**Account type:** CURRENT ACCOUNT
**Description:**
**Contact:** ANTHONY HOLLEY Ext 5445

Balance brought forward 388.30 CR
**Balance carried forward 18,967.55 CR**

| Date | Description | Value | Debit | Credit | Balance |
|------|-------------|-------|-------|--------|---------|
| 08-Jul-2009 | Balance Brought Forward | 08-Jul-2009 | | | 388.30 CR |
| 09-Jul-2009 | Debit card DELEK JERUSALEM on 05Jul09 ILS 370.00 Card: xx1506 | 09-Jul-2009 | 96.72 | | 291.58 CR |
| 13-Jul-2009 | Debit card MONTILO LTD GANEY YEHODA on 08Jul09 ILS 397.00 Card: xx1506 | 13-Jul-2009 | 102.31 | | 189.27 CR |
| 14-Jul-2009 | Debit card RVIVA ISILYA RAMAT HASHRON on 09Jul09 ILS 4,304.00 Card: xx1506 | 14-Jul-2009 | 1,103.04 | | 913.77 DR |
| 15-Jul-2009 | TRF FROM MR DAVID BENGIS | 15-Jul-2009 | | 20,000.00 | 19,086.23 CR |
| 16-Jul-2009 | Debit card SONOL TZOMET HASHARON NATANYA on 13Jul09 ILS 200.00 Card: xx1506 | 16-Jul-2009 | 51.69 | | 19,034.54 CR |
| 20-Jul-2009 | Debit card SHLOMO RENT A CAR PETACH TIKVA on 15Jul09 ILS 254.20 Card: xx1506 | 20-Jul-2009 | 66.99 | | 18,967.55 CR |
| 20-Jul-2009 | Balance Carried Forward | 20-Jul-2009 | | | 18,967.55 CR |

Page 103

**SG Hambros Bank (Channel Islands) Limited**
PO Box 78, SG Hambros House
18 Esplanade, St Helier
Jersey JE4 8PR
Tel: +44 1534 815555
Fax: +44 1534 815640

Regulated by the Jersey Financial Services Commission for banking and
investment business and a member of the London Stock Exchange



# SOCIETE GENERALE
### Private Banking

## Account Statement

**Hambros**

**Client:** Armine Investments Limited

**Account type:** CURRENT ACCOUNT
**Description:**
**Contact:** ANTHONY HOLLEY Ext 5445

Account Number:
Sort Code: 40-48-76
IBAN: GB  35HAMB40487638196900
BIC Code: HAMBJESX
Currency: US DOLLAR
Statement Date: 31-Oct-2009

Armine Investments Limited
C/O Mr Feng-Tak Chin
Newman and Company
Regent House
1 Pratt Mews
London England NW1 0AD

Balance brought forward 3,851.15 CR
**Balance carried forward 13,496.00 CR**

| Date | Description | Value | Debit | Credit | Balance |
|------|-------------|-------|-------|--------|---------|
| 30-Sep-2009 | Balance Brought Forward | 30-Sep-2009 | | | 3,851.15 CR |
| 02-Oct-2009 | Ifo American Express | 02-Oct-2009 | 9,839.42 | | |
| 02-Oct-2009 | Transfer from Mr D P Bengis | 02-Oct-2009 | | 20,000.00 | 14,011.73 CR |
| 05-Oct-2009 | Debit card SHLOMO RENT A CAR | 05-Oct-2009 | 26.32 | | 13,985.41 CR |
| | PETACH TIKVA on 01Oct09 | | | | |
| | ILS 96.97 Card: xx1506 | | | | |
| 14-Oct-2009 | Debit card SHOKO SPORTWEAR | 14-Oct-2009 | 59.79 | | 13,925.62 CR |
| | TEL AVIV on 11Oct09 | | | | |
| | ILS 218.00 Card: xx1506 | | | | |
| 15-Oct-2009 | Debit card A.L.D | 15-Oct-2009 | 274.82 | | 13,650.80 CR |
| | JERUSALEM on 11Oct09 | | | | |
| | ILS 1,002.00 Card: xx1506 | | | | |
| 19-Oct-2009 | Debit card BRAD WINE LTD | 19-Oct-2009 | 42.97 | | |
| | YAHUD on 14Oct09 | | | | |
| | ILS 156.00 Card: xx1506 | | | | |
| 19-Oct-2009 | Debit card BRAD WINE LTD | 19-Oct-2009 | 111.83 | | 13,496.00 CR |
| | YAHUD on 15Oct09 | | | | |
| | ILS 406.00 Card: xx1506 | | | | |
| 19-Oct-2009 | Balance Carried Forward | 19-Oct-2009 | | | 13,496.00 CR |

Page 107

**SG Hambros Bank (Channel Islands) Limited**
PO Box 78, SG Hambros House
18 Esplanade, St Helier
Jersey JE4 8PR
Tel: +44 1534 815555
Fax: +44 1534 815640

Regulated by the Jersey Financial Services Commission for banking and
investment business and a member of the London Stock Exchange



# SOCIETE GENERALE
## Private Banking

**Hambros**

Armine Investments Limited
C/O Mr Feng-Tak Chin
Newman and Company
Regent House
1 Pratt Mews
London England NW1 0AD

# Account Statement

**Client:** Armine Investments Limited

**Account type:** CURRENT ACCOUNT
**Description:**
**Contact:** ANTHONY HOLLEY Ext 5445

Account Number:
Sort Code: 40-48-76
IBAN: GB 35HAMB40487638196900
BIC Code: HAMBJESX
Currency: US DOLLAR
Statement Date: 30-Nov-2009

Balance brought forward 10,046.16 CR
**Balance carried forward 13,041.01 CR**

| Date | Description | Value | Debit | Credit | Balance |
|------|-------------|-------|-------|--------|---------|
| 16-Nov-2009 | Balance Brought Forward | 16-Nov-2009 | | | 10,046.16 CR |
| 16-Nov-2009 | Debit card MONTILO LTD | 16-Nov-2009 | 71.70 | | |
| | GANEY YEHODA on 12Nov09 FX@ 3.6959 | | | | |
| | ILS 265.00 Card: xx1506 | | | | |
| 16-Nov-2009 | Debit card YM 7 | 16-Nov-2009 | 179.95 | | 9,794.51 CR |
| | TEL AVIV on 11Nov09 FX@ 3.7010 | | | | |
| | ILS 666.00 Card: xx1506 | | | | |
| 20-Nov-2009 | Transfer from Call Deposit Acc | 20-Nov-2009 | | 20,000.00 | 29,794.51 CR |
| 24-Nov-2009 | Ifo American Express | 24-Nov-2009 | 16,651.82 | | 13,142.69 CR |
| 25-Nov-2009 | Debit card TAMAR SHIVUK MOTZARAY BA | 25-Nov-2009 | 21.92 | | |
| | RISHONLETZION on 22Nov09 FX@ 3.6952 | | | | |
| | ILS 81.00 Card: xx1506 | | | | |
| 25-Nov-2009 | Debit card AML | 25-Nov-2009 | 75.76 | | 13,045.01 CR |
| | HERZELIYA on 22Nov09 FX@ 3.6958 | | | | |
| | ILS 280.00 Card: xx1506 | | | | |
| 26-Nov-2009 | ATM Charge Charges SHCHKIM | 26-Nov-2009 | 4.00 | | |
| | RAMAT GAN on 24Nov09 | | | | |
| | Card: xx1506 | | | | |
| 26-Nov-2009 | Balance Carried Forward | 26-Nov-2009 | | | 13,041.01 CR |

Page 112

**SG Hambros Bank (Channel Islands) Limited**
PO Box 78, SG Hambros House
18 Esplanade, St Helier
Jersey JE4 8PR
Tel: +44 1534 815555
Fax: +44 1534 815640

Regulated by the Jersey Financial Services Commission for banking and
investment business and a member of the London Stock Exchange



# SOCIETE GENERALE
### Private Banking

## Account Statement

**Hambros**

Account Number: 
Sort Code: 40-48-76
IBAN: GB 35HAMB40487638196900
BIC Code: HAMBJESX
Currency: US DOLLAR
Statement Date: 31-Jan-2010

**Client:** Armine Investments Limited

**Account type:** CURRENT ACCOUNT
**Description:**
**Contact:** ANTHONY HOLLEY Ext 5445

Armine Investments Limited
C/O Mr Feng-Tak Chin
Newman and Company
Regent House
1 Pratt Mews
London England NW1 0AD

Balance brought forward 11,183.70 CR
**Balance carried forward 17,997.21 CR**

| Date | Description | Value | Debit | Credit | Balance |
|---|---|---|---|---|---|
| 31-Dec-2009 | Balance Brought Forward | 31-Dec-2009 | | | 11,183.70 CR |
| 07-Jan-2010 | Ifo American Express | 07-Jan-2010 | 12,870.36 | | |
| 07-Jan-2010 | Trf From Mr David Paul Bengis | 07-Jan-2010 | | 20,000.00 | 18,313.34 CR |
| 12-Jan-2010 | ATM Charge Charges NATBAG-ARRIVLS-C TEL AVIV on 09Jan10 Card: xx1506 | 12-Jan-2010 | 4.00 | | |
| 12-Jan-2010 | ATM NATBAG-ARRIVLS-CUSTM TEL AVIV on 09Jan10 FX@ 3.6421 ILS 600.00 Card: xx1506 | 12-Jan-2010 | 164.74 | | 18,144.60 CR |
| 18-Jan-2010 | ATM Charge Charges RAMAT HEN RAMAT GAN on 15Jan10 Card: xx1506 | 18-Jan-2010 | 4.00 | | |
| 18-Jan-2010 | Debit card EDISON RAANANA on 13Jan10 FX@ 3.6067 ILS 153.00 Card: xx1506 | 18-Jan-2010 | 42.42 | | |
| 18-Jan-2010 | Debit card SUPER SAL LTD RAMAT GAN on 14Jan10 FX@ 3.6027 ILS 363.77 Card: xx1506 | 18-Jan-2010 | 100.97 | | |
| 18-Jan-2010 | Balance Carried Forward | 18-Jan-2010 | | | 17,997.21 CR |

Page 116

SG Hambros Bank (Channel Islands) Limited
PO Box 78, SG Hambros House
18 Esplanade, St Helier
Jersey JE4 8PR
Tel: +44 1534 815555
Fax: +44 1534 815640

Regulated by the Jersey Financial Services Commission for banking and
investment business and a member of the London Stock Exchange


# SOCIETE GENERALE
**Private Banking**

## Account Statement

**Hambros**

| | |
|---|---|
| Account Number | |
| | Sort Code: 40-48-76 |
| IBAN: GB 35HAMB40487638196900 |
| BIC Code: HAMBJESX |
| Currency: US DOLLAR |
| Statement Date: 28-Feb-2010 |

**Client:** Armine Investments Limited

**Account type:** CURRENT ACCOUNT
**Description:**
**Contact:** ANTHONY HOLLEY Ext 5445

Armine Investments Limited
C/O Mr Feng-Tak Chin
Newman and Company
Regent House
1 Pratt Mews
London England NW1 0AD

Balance brought forward 14,407.71 CR
**Balance carried forward 11,596.04 CR**

| Date | Description | Value | Debit | Credit | Balance |
|---|---|---|---|---|---|
| 05-Feb-2010 | Balance Brought Forward | 05-Feb-2010 | | | 14,407.71 CR |
| 05-Feb-2010 | ATM RAMAT HEN | 05-Feb-2010 | 688.07 | | |
| | RAMAT GAN on 03Feb10 FX@ 3.6333 | | | | |
| | ILS 2,500.00 Card: xx1506 | | | | |
| 05-Feb-2010 | Transfer from Call Deposit Account | 05-Feb-2010 | | 20,000.00 | 33,719.64 CR |
| 09-Feb-2010 | ATM Charge Charges ABSA O.R TAMBO/* | 09-Feb-2010 | 4.00 | | |
| | JOHANNESBURG on 07Feb10 | | | | |
| | Card: xx1506 | | | | |
| 09-Feb-2010 | ATM ABSA O.R TAMBO/*O.R TAMBO | 09-Feb-2010 | 133.01 | | |
| | JOHANNESBURG on 07Feb10 FX@ 7.5182 | | | | |
| | ZAR 1,000.00 Card: xx1506 | | | | |
| 09-Feb-2010 | Ifo American Express | 09-Feb-2010 | 21,218.43 | | 12,364.20 CR |
| 10-Feb-2010 | Debit card C*QUAY FOUR | 10-Feb-2010 | 53.46 | | 12,310.74 CR |
| | CAPE TOWN on 07Feb10 FX@ 7.5570 | | | | |
| | ZAR 404.00 Card: xx1506 | | | | |
| 17-Feb-2010 | Debit card THE CAPE GALLERY | 17-Feb-2010 | 714.70 | | 11,596.04 CR |
| | CAPE TOWN on 13Feb10 FX@ 7.5556 | | | | |
| | ZAR 5,400.00 Card: xx1506 | | | | |
| 17-Feb-2010 | Balance Carried Forward | 17-Feb-2010 | | | 11,596.04 CR |

Page 122

**SG Hambros Bank (Channel Islands) Limited**
PO Box 78, SG Hambros House
18 Esplanade, St Helier
Jersey JE4 8PR
Tel: +44 1534 815555
Fax: +44 1534 815640

Regulated by the Jersey Financial Services Commission for banking and
investment business and a member of the London Stock Exchange



# SOCIETE GENERALE
**Private Banking**

## Account Statement

Account Number

Sort Code: 40-48-76
IBAN: GB 35HAMB40487638196900
BIC Code: HAMBJESX
Currency: US DOLLAR
Statement Date: 30-Apr-2010

**Hambros**

**Client:** Armine Investments Limited

**Account type:** CURRENT ACCOUNT
**Description:**
**Contact:** ANTHONY HOLLEY Ext 5445

Armine Investments Limited
C/O Mr Feng-Tak Chin
Newman and Company
Regent House
1 Pratt Mews
London England NW1 0AD

Balance brought forward 7,695.98 CR
**Balance carried forward 22,978.41 CR**

| Date | Description | Value | Debit | Credit | Balance |
|---|---|---|---|---|---|
| | Balance Brought Forward | | | | 7,695.98 CR |
| 01-Apr-2010 | Ifo American Express | 01-Apr-2010 | 24,569.20 | | |
| 01-Apr-2010 | Transfer from Nashglobe Business SA | 01-Apr-2010 | | 40,000.00 | 23,126.78 CR |
| 30-Apr-2010 | ATM Charge Charges 033TUNIS AEROPOR | 30-Apr-2010 | 4.00 | | |
| | TUNIS on 29Apr10 | | | | |
| | Card: xx1506 | | | | |
| 30-Apr-2010 | ATM 033TUNIS AEROPORT | 30-Apr-2010 | 144.37 | | 22,978.41 CR |
| | TUNIS on 29Apr10 FX@ 1.3853 | | | | |
| | TND 200.00 Card: xx1506 | | | | |
| 30-Apr-2010 | Balance Carried Forward | 30-Apr-2010 | | | 22,978.41 CR |

Page 129

**SG Hambros Bank (Channel Islands) Limited**
PO Box 78, SG Hambros House
18 Esplanade, St Helier
Jersey JE4 8PR
Tel: +44 1534 815555
Fax: +44 1534 815640

Regulated by the Jersey Financial Services Commission for banking and
investment business and a member of the London Stock Exchange



# SOCIETE GENERALE
## Private Banking

## Account Statement

**Hambros**

**Client:** Armine Investments Limited

**Account type:** CURRENT ACCOUNT
**Description:**
**Contact:** ANTHONY HOLLEY Ext 5445

Armine Investments Limited
Inwealth Directors SA
C/O Inwealth Trust Sarl
6 Place Des Eaux-Vives
Geneva 1207
Switzerland

Account Number:
Sort Code: 40-48-76
Account Reference: 38196901
IBAN: GB 08HAMB40487638196901
BIC Code: HAMBJESX
Currency: STERLING
Statement Date: 30-Nov-2010

Balance brought forward 0.00 CR
**Balance carried forward 4,584.24 CR**

| Date | Description | Value | Debit | Credit | Balance |
|---|---|---|---|---|---|
| | Balance Brought Forward | | | | 0.00 CR |
| 04-Nov-2010 | Electronic transfer AMERICAN EXPRESS | 04-Nov-2010 | 15,415.76 | | |
| 04-Nov-2010 | Trf From Pearl Investments Trading Limited | 04-Nov-2010 | | 20,000.00 | 4,584.24 CR |
| 30-Nov-2010 | Balance Carried Forward | 30-Nov-2010 | | | 4,584.24 CR |

**SG Hambros Bank (Channel Islands) Limited**
PO Box 78, SG Hambros House
18 Esplanade, St Helier
Jersey JE4 8PR
Tel: +44 1534 815555
Fax: +44 1534 815640

Regulated by the Jersey Financial Services Commission for banking and
investment business and a member of the London Stock Exchange



# SOCIETE GENERALE
## Private Banking

**Hambros**

### Account Statement

Armine Investments Limited
Inwealth Directors SA
C/O Inwealth Trust Sarl
6 Place Des Eaux-Vives
Geneva 1207
Switzerland

**Client:** Armine Investments Limited

**Account type:** CURRENT ACCOUNT
**Description:**
**Contact:** ANTHONY HOLLEY Ext 5445

Account Number:
Sort Code: 40-48-76
Account Reference: 38196901
IBAN: GB 08HAMB40487638196901
BIC Code: HAMBJESX
Currency: STERLING
Statement Date: 31-Dec-2010

Balance brought forward 4,584.24 CR
**Balance carried forward 1,784.29 CR**

| Date | Description | Value | Debit | Credit | Balance |
|------|-------------|-------|-------|--------|---------|
| | Balance Brought Forward | | | | 4,584.24 CR |
| 03-Dec-2010 | Trf From Pearl Investments Trading Limited | 03-Dec-2010 | | 20,000.00 | 24,584.24 CR |
| 08-Dec-2010 | Electronic transfer AMERICAN EXPRESS | 08-Dec-2010 | 22,799.95 | | 1,784.29 CR |
| 31-Dec-2010 | Balance Carried Forward | 31-Dec-2010 | | | 1,784.29 CR |

Page 4

**SG Hambros Bank (Channel Islands) Limited**
PO Box 78, SG Hambros House
18 Esplanade, St Helier
Jersey JE4 8PR
Tel: +44 1534 815555
Fax: +44 1534 815000

Regulated by the Jersey Financial Services Commission for banking and
investment business and a member of the London Stock Exchange



# SOCIETE GENERALE
Private Banking

**Hambros**

## Account Statement

Account Number: ▮▮▮▮▮▮
Sort Code: 40-48-76
IBAN: GB 35HAMB40487638196900
BIC Code: HAMBJESX
Currency: US DOLLAR
Statement Date: 31-Oct-2010

**Client:** Armine Investments Limited

**Account type:** CURRENT ACCOUNT
**Description:**
**Contact:** ANTHONY HOLLEY Ext 5445

Armine Investments Limited
C/O Mr Feng-Tak Chin
Newman and Company
Regent House
1 Pratt Mews
London United Kingdom NW1 0AD

Balance brought forward 10,552.61 CR
**Balance carried forward 35,280.44 CR**

| Date | Description | Value | Debit | Credit | Balance |
|---|---|---|---|---|---|
| | Balance Brought Forward | | | | 10,552.61 CR |
| 11-Oct-2010 | ATM MPS SIENA | 11-Oct-2010 | 355.73 | | |
| | SIENA on 07Oct10 FX@ 1.4229 | | | | |
| | EUR 250.00 Card: xx5179 | | | | |
| 11-Oct-2010 | ATM MPS SIENA | 11-Oct-2010 | 355.73 | | |
| | SIENA on 07Oct10 FX@ 1.4229 | | | | |
| | EUR 250.00 Card: xx5179 | | | | |
| 11-Oct-2010 | Electronic transfer AMERICAN EXPRES | 11-Oct-2010 | 24,354.49 | | |
| | S @1.6017 | | | | |
| 11-Oct-2010 | Trf From Pearl Investments Trading | 11-Oct-2010 | | 50,000.00 | 35,486.66 CR |
| | Limited | | | | |
| 13-Oct-2010 | Debit card RIST  CIAO BELLA | 13-Oct-2010 | 69.69 | | |
| | ROMA on 10Oct10 FX@ 1.4222 | | | | |
| | EUR 49.00 Card: xx5179 | | | | |
| 13-Oct-2010 | Debit card FATTORIA LA POSADA RISTO | 13-Oct-2010 | 136.53 | | 35,280.44 CR |
| | MONTE ARGENTA on 10Oct10 FX@ 1.4221 | | | | |
| | EUR 96.00 Card: xx5179 | | | | |
| 13-Oct-2010 | Balance Carried Forward | 13-Oct-2010 | | | 35,280.44 CR |

Page 165

**SG Hambros Bank (Channel Islands) Limited**
PO Box 78, SG Hambros House
18 Esplanade, St Helier
Jersey JE4 8PR
Tel: +44 1534 815555
Fax: +44 1534 815640

Regulated by the Jersey Financial Services Commission for banking and investment business and a member of the London Stock Exchange