UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------x
UNITED STATES OF AMERICA,

        Plaintiff,

  -against-

ARNOLD MAURICE BENGIS, et al.,

        Defendants.
------------------------------------x

03 Crim. 308 (LAK)(AJP)

ORDER

**ANDREW J. PECK, United States Magistrate Judge:**

        Counsel are to confer and advise the Court, by May 1, 2015, of their proposal (hopefully mutual) of next steps regarding the Second Circuit's remand as to defendant David Bengis.

        SO ORDERED.

Dated:    New York, New York
          April 27, 2015

                              **Andrew J. Peck**
                              United States Magistrate Judge

Copies **by ECF** to:    All Counsel
                      Judge Kaplan